# EXHIBIT 8

# Google Inside AdWords

Google's official blog for news, tips and information on AdWords

**FEATURED**

## Best practices to succeed with Universal App campaigns.

Advertisers that have migrated to Universal App campaigns are finding more their best customers across Google's largest properties. Learn best practices for growing your app business with UAC. **Read the post.**

## Invalid click credits

Tuesday, March 14, 2006

Last week, we answered some common questions about invalid click activity. One question we didn't cover was how we reimburse advertisers affected by invalid activity. Chris, from the Click Quality team, has this info:

In addition to our automatic filters (which will catch and discard the vast majority of invalid clicks), our team proactively identifies invalid activity that may not have been automatically filtered and credits advertisers accordingly. These credits used to appear on your Billing Summary page as 'Service Adjustments.' In the interest of transparency, all credits, past and future, for invalid click activity are now labeled 'Adjustment - Click Quality.'

You may notice these credits appearing more frequently as we work hard to ensure that this advertising budget is returned to affected advertisers as quickly as possible.

As we mentioned in last week's post, if you see suspicious activity on your AdWords account and would like to request a review of clicks within the past 60 days that you believe may be invalid, you can submit them for review here.

Posted by Arielle, *Inside AdWords* crew

  

