United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ADTRADER, INC.,<br><br>      Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No. 17-cv-07082-BLF<br><br>**ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION TO EXTEND PAGE LIMITS FOR BRIEFING ON MOTION TO DISMISS**<br><br>[Re: ECF 22] |

Before the Court is Defendant's request for leave to extend the page limits for briefing on Defendant's motion to dismiss. ECF 22. Specifically, Defendant requests that the Court extend the page limit to (1) thirty-two pages for its opening brief and Plaintiff's opposition brief and (2) eighteen pages for Defendant's reply brief. *Id.* at 3. Defendant argues that it needs the page extensions because Plaintiff's complaint is a "wide-ranging, eleven-count class action complaint," "runs almost fifty pages," and contains individual claims as well as class claims. *Id.* at 2. Plaintiff opposes, arguing that Defendant fails to justify its request, particularly as Defendant fails to explain why the motion to dismiss would need to address every element of the complaint's causes of action. ECF 23.

The Court agrees with Plaintiff. Briefing on a motion to dismiss a class action complaint frequently requires parties to present numerous complex arguments and address individual claims as well as class claims. Parties are nevertheless expected to adhere to the Court's page limits. The Court finds that Defendant has failed to show that this case is any different. Accordingly, Defendant's motion is DENIED. The parties' briefing shall comply with the Civil Local Rules and the Court's Standing Order Regarding Civil Cases.

1 **IT IS SO ORDERED.**

3 Dated: February 13, 2018

_____
BETH LABSON FREEMAN
United States District Judge