# EXHIBIT 5

 

Describe your issue

Sign in

DoubleClick Ad Exchange Seller Help

## Ad Exchange account disabled for invalid activity

We understand that you have questions about your account and the actions we've taken to protect our advertisers. Below are some of our most frequently asked questions.

- Why was my account disabled? Can you tell me more about the invalid activity you detected?
- What happens to my non Ad Exchange properties?
- Can my account be reinstated after being disabled for invalid click activity?
- My account was disabled for being related to another disabled account. Can you tell me more about this relation?
- My account was disabled and my appeal was denied. Is there any way I can rejoin the program? Can I open a new account?
- Will I still be paid out for my Ad Exchange revenue?
- I want to let another Ad Exchange publisher place their ads on my site. Will this create a problem for their account? Is my site disabled as well?
- If someone related to me creates an Ad Exchange account, will their account be disabled as well?
- Will I still receive tax forms for the payments I've received?

Learn more about invalid activity.

### Why was my account disabled? Can you tell me more about the invalid activity you detected?

Because we have a need to protect our proprietary detection system, we're unable to provide our publishers with any information about their account activity, including any web pages, users, or third-party services that might have been involved.

Google has the sole discretion to determine instances of invalid activity. Google treats invalid activity very seriously, analyzing all clicks and impressions to determine whether they fit a pattern of use that might artificially drive up an advertiser's costs or a publisher's earnings. If we determine that an Ad Exchange account might pose a risk to our advertisers, we may disable that account to protect our advertisers' interests.

To learn more about the most common reasons that accounts are disabled, see our top reasons for account closure.

### What happens to my non Ad Exchange properties, such as AdSense for Search, AdSense for Content, etc?

When your Ad Exchange account is closed for invalid activity, your related properties will be disabled as well. Publishers disabled for invalid activity on Ad Exchange are not allowed any further participation in AdSense or other ads monetization products.

**Can my account be reinstated after being disabled for invalid activity?**

If you feel that this decision was made in error, and if you can maintain in good faith that the invalid activity was not due to the actions or negligence of you or those for whom you are responsible, you may appeal the disabling of your account.

To do so, please contact us only through our *appeal form*  .

Once we receive your appeal, we'll do our best to inform you quickly and will proceed with appropriate action as necessary. Please understand, however, that there is no guarantee that your account will be reinstated.

Once we've reached a decision on your appeal, further appeals are not considered, and no additional communication is sent regarding the appeal.

**My account was disabled for being related to another disabled account. Can you tell me more about this relation?**

Just as with invalid activity, we're unable to provide our publishers with any information about relations we find between publishers' accounts. Any other accounts created under the same Ad Exchange contract as the disabled account will also be closed.

Please understand that we take this precaution with all of our publishers for the sake of protecting our proprietary detection system.

**My account was disabled and my appeal was denied. Is there any way I can rejoin the program? Can I open a new account?**

We understand your concern about the actions taken against your account. Our actions are the result of careful investigation by our team of dedicated specialists, weighing the interests of our advertisers, publishers, and users. Though you might be disappointed with our decision, we are unable to reinstate your account.

Since publishers disabled for invalid activity on Ad Exchange are not allowed any further participation in Ad Exchange, these publishers may not open new accounts.

**Will I still be paid out for my Ad Exchange revenue?**

Publishers disabled for invalid activity may not receive any further payment. The earnings on your account will be properly returned to the affected advertisers.

We place stop payments on any outstanding checks for accounts that have been disabled for invalid activity. We ask that you refrain from depositing any checks you may receive in the future, as your bank may charge fees for depositing a stopped check.

**I want to let another Ad Exchange publisher place their ads on my site. Will this create a problem for their account? Is my site disabled as well?**

As you know, Ad Exchange publishers are allowed to place their ads on any site that complies with our Ad Exchange Seller Guidelines. Please note that a publisher's account status may be separate from a specific website's compliance with our policies.

However, if we determine that the other publisher's account may pose a risk to our advertisers, we may disable it in order to protect our advertisers' interests.

**If someone related to me creates an Ad Exchange account, will their account be disabled as well?**

If we determine that a related publisher's account might pose a risk to our advertisers, we may disable it in order to protect our advertisers' interests.

**Will I still receive tax forms for the payments I've received?**

If you've received a payment from us in the past, you will still receive a tax form from us if necessary. To find out if you should be expecting a form 1099 or 1042-S, please visit our Help Center topic on IRS forms.

---

Was this article helpful?

YES    NO

## Account issues

Account suspension for invalid activity or a policy violation

Top reasons for account closure

**Ad Exchange account disabled for invalid activity**

Add sites to your account

Network partner disabled for invalid activity



DoubleClick

Describe your issue

Sign in

©2016 Google Inc. | DoubleClick is a division of Google Inc. - Privacy Policy - Terms of Service - DoubleClick Home

English