1  RANDOLPH GAW (S.B. #223718)
   rgaw@gawpoe.com
2  MARK POE (S.B. #223714)
   mpoe@gawpoe.com
3  SAMUEL SONG (S.B. #245007)
   ssong@gawpoe.com
4  VICTOR MENG (S.B. #254102)
   vmeng@gawpoe.com
5  GAW | POE LLP
   4 Embarcadero, Suite 1400
6  San Francisco, CA 94111
   Telephone: (415) 766-7451
7  Facsimile: (415) 737-0642

8  Attorneys for Plaintiffs Adtrader, Inc., Classic and
   Food EOOD, LML CONSULT Ltd., Ad Crunch
9  Ltd., Fresh Break Ltd., and Specialized Collections
   Bureau, Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| ADTRADER, INC., et al.,<br><br>                    Plaintiffs,<br><br>    v.<br><br>GOOGLE LLC,<br><br>                    Defendant. | Case No. 5:17-CV-07082-BLF<br><br>**DECLARATION OF RANDOLPH GAW IN OPPOSITION TO GOOGLE'S MOTION TO DISMISS CERTAIN CLAIMS IN AMENDED CLASS ACTION COMPLAINT**<br><br>Judge:         Hon. Beth L. Freeman<br>Hearing Date: June 21, 2018<br>Time:          9:00 am<br>Courtroom:   3 |
|---|---|

1   I, Randolph Gaw, declare and state:

2   1.   I am a partner at the law firm of Gaw | Poe LLP and am counsel of record for
3   plaintiffs Adtrader, Inc., Classic and Food EOOD, LML CONSULT Ltd., Ad Crunch Ltd., Fresh
4   Break Ltd., and Specialized Collections Bureau, Inc. (collectively, "Plaintiffs") in this action.  I
5   have personal knowledge of the matters stated herein and, if called as a witness, I could and
6   would testify competently thereto.  I hereby submit this declaration in opposition to defendant
7   Google LLC's Motion to Dismiss Certain Claims in Amended Class Action Complaint.

8   2.   Attached as Exhibit A is a true and correct printout made by me on January 7,
9   2018 of an article published by The Register at the web address:
10  https://www.theregister.com.uk/2017/12/13/google_click_fraud_lawsuit/.

11  I declare under penalty of perjury under the laws of the United States and of the State of
12  California that the foregoing is true and correct.  Executed on May 15, 2018, at San Francisco,
13  California.

_____
Randolph Gaw

- 1 -   GAW DECL. IN OPP. TO GOOGLE MTD AC
CASE NO. 5:17-CV-07082-BLF