# EXHIBIT 8

     Search AdWords Help       

## Understanding credits and adjustments to your account

From time to time, Google might tweak your AdWords balance. This is called an **adjustment**. Most of the time, adjustments come in the form of **credits**. Credits reduce your account balance, while **debits** increase your account balance.

You can find any adjustments applied to your account by clicking the gear icon ⚙ and choosing **Billing & payments**, then looking in the **Credits** column of your transaction history. Here are the kinds of credit adjustments you're most likely to see:

- **Service adjustment:** You'll see this when a promotional code or courtesy credit is applied to your account. This credit is good for future advertising only and can't be refunded to you.

- **Invalid activity:** This one's for invalid clicks and impressions – those generated by robots, automated clicking tools, and other deceptive software. We prohibit this kind of bad behavior. And that's why you don't have to pay for these unfair clicks and impressions. This credit is good for future advertising only and can't be refunded to you.

- **Overdelivery credit:** Sometimes we get a little excited and show your ad too much – so much that your account accrues more costs than your daily budget allows. Whoops! If this happens, don't worry – we'll credit your account to cover the excess costs.

- **Account budget overrun:** You'll see this if your advertising costs exceed your prepaid balance. We'll credit back the excess amount so you don't end up paying for this activity. This only appears for accounts using manual payments.

**Next step**

- See how to get an invoice.

Share this:

**Was this article helpful?**

YES    NO

**Billing**

Understanding credits and adjustments to your account

Requesting refunds



**Learn with The Digital Workshop**
Learn digital business skills for free

©2017 Google - Privacy Policy - Terms of Service - AdWords Advertising Policies - About the Help Center    English