UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADTRADER, INC., et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>   Defendant. | Case No.17-cv-07082-BLF (VKD)<br><br>**ORDER SETTING BRIEFING RE GOOGLE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 85 |

On November 5, 2018, Google filed a motion for reconsideration of this Court's discovery order re a dispute over AdTrader's Interrogatory No. 4 (Dkt. No. 84). The presiding judge having referred that motion to the undersigned for resolution, the Court gives AdTrader until **November 16, 2018** to file a response to Google's request for reconsideration. The Court anticipates that the matter will be deemed submitted, without oral argument, upon the filing of AdTrader's response. However, if the Court determines that a hearing is necessary, it will provide the parties with written notice.

**IT IS SO ORDERED.**

Dated: November 8, 2018

VIRGINIA K. DEMARCHI
United States Magistrate Judge