UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADTRADER, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No.17-cv-07082-BLF (VKD)<br><br>**ORDER SETTING DISCOVERY HEARING**<br><br>Re: Dkt. Nos. 85, 91 |

This Court will hold a hearing on November 20, 2018, 10:00 a.m. to discuss Google's motion for reconsideration of a discovery order (Dkt. No. 85) and motion for relief from this Court's November 30, 2018 production deadline (Dkt. No. 91). Counsel may participate in the hearing by telephone, and shall arrange for appearance via CourtCall.

**IT IS SO ORDERED.**

Dated: November 14, 2018

VIRGINIA K. DEMARCHI
United States Magistrate Judge