UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADTRADER, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>    Defendant. | Case No. 17-cv-07082-BLF<br><br>**ORDER DENYING PLAINTIFFS' MOTION FOR RELIEF FROM MAGISTRATE JUDGE'S NON-DISPOSITIVE PRE-TRIAL ORDERS**<br><br>[Re: ECF 86] |

Before the Court is Plaintiffs' Motion for Relief from Non-Dispositive Pre-Trial Orders of Magistrate Judge (ECF 82 and ECF 83). ECF 86. A magistrate judge's non-dispositive pre-trial order may be modified or set aside if it is "clearly erroneous or is contrary to law." Fed. R. Civ. P. 72(a). "[T]he magistrate's factual determinations are reviewed for clear error, and the magistrate's legal conclusions are reviewed to determine whether they are contrary to law." *Perry v. Schwarzenegger*, 268 F.R.D. 344, 348 (N.D. Cal. 2010).

Having reviewed Plaintiffs' motion and the magistrate judge's pre-trial orders (ECF 82 and ECF 83), the Court finds no "clear error" in the magistrate judge's factual determinations and does not find that the magistrate judge's legal conclusions are "contrary to law." *See Perry*, 268 F.R.D. at 348. Accordingly, Plaintiffs' motion at ECF 86 is hereby DENIED.

**IT IS SO ORDERED.**

Dated: November 16, 2018

_____
BETH LABSON FREEMAN
United States District Judge