1   RANDOLPH GAW (S.B. #223718)
    rgaw@gawpoe.com
2   MARK POE (S.B. #223714)
    mpoe@gawpoe.com
3   SAMUEL SONG (S.B. #245007)
    ssong@gawpoe.com
4   VICTOR MENG (S.B. #254102)
    vmeng@gawpoe.com
5   FLORA VIGO (S.B. # 239643)
    fvigo@gawpoe.com
6   GAW | POE LLP
    4 Embarcadero, Suite 1400
7   San Francisco, CA 94111
    Telephone: (415) 766-7451
8   Facsimile: (415) 737-0642

9   Attorneys for Plaintiffs AdTrader, Inc., Classic and
    Food EOOD, LML CONSULT Ltd., Ad Crunch
10  Ltd., Fresh Break Ltd., and Specialized Collections
    Bureau, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ADTRADER, INC., CLASSIC AND FOOD EOOD, LML CONSULT LTD., AD CRUNCH LTD., FRESH BREAK LTD., AND SPECIALIZED COLLECTIONS BUREAU, INC.<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC.<br><br>Defendant. | Case No. 5:17-CV-7082-BLF<br><br>**[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THEIR ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY AND PROPOSED SUR-REPLY** |

1   A sealing order may issue only upon a request that establishes that the document, or
2   portions thereof, are privileged, protectable as a trade secret, or otherwise entitled to protection
3   under the law.  L.R. 79-5(b).  The request must be narrowly tailored to seek sealing only of
4   sealable material.  *Id.*
5   Having considered Plaintiffs' Administrative Motion to File Under Seal Their
6   Administrative Motion For Leave to File Sur-Reply and Proposed Sur-Reply, and all other papers
7   filed in connection thereto, it is hereby ORDERED that the motion is hereby [**GRANTED /**
8   **DENIED**] as follows:

| Document | Portion to Be Sealed | Granted/Denied |
|---|---|---|
| Plaintiffs' Administrative Motion for Leave to File Sur-Reply ("Motion") | Page 1, lines 13 to 23 | |
| Motion | Page 2, lines 21 to 28 | |
| Motion | Page 3, lines 2 to 10 | |
| Motion | Page 3, lines 12 to 20 | |
| Motion | Page 3, line 25 to Page 4, line 6 | |
| Motion | Page 4, lines 7 to 19 | |
| Motion | Page 4, lines 20 to 27 | |
| Motion | Page 5, lines 3 to 9 | |
| Motion | Page 5, lines 12 to 22 | |
| Proposed Sur-Reply ("Sur-Reply") | Page 1, lines 7 to 17 | |
| Sur-Reply | Page 2, line 10 to Page 4, line 28 | |
| Sur-Reply | Page 5, lines 4 to 5 | |
| Sur-Reply | Page 5, line 9 to Page 7, line 12 | |
| Sur-Reply | Page 7, line 16 to Page 8, line 11 | |
| Sur-Reply | Page 8, line 18 to Page 9, line 19 | |
| Declaration of Samuel Song Re: Plaintiffs' Administrative Motion to File Under Seal Their Administrative Motion For Leave to File Sur-Reply and Proposed Sur-Reply ("Song Declaration") | Page 1, line 26 to Page 2, line 1 | |
| Song Declaration | Page 2, lines 6 to 23 | |
| Song Declaration | Page 2, line 26 to Page 3, line 1 | |

| Document | Portion to Be Sealed | Granted/Denied |
|---|---|---|
| Song Declaration | Page 3, line 9 to Page 4, line 15 | |
| Song Declaration | Page 4, lines 20 to 26 | |

**IT IS SO ORDERED.**


Dated: _____, 2019

　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge