COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
JEFFREY M. GUTKIN (216083) (jgutkin@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
AUDREY J. MOTT-SMITH (300550) (amottsmith@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADTRADER, INC. et al.,<br><br>       Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>       Defendant. | Case No.  5:17-cv-07082 (BLF)<br><br>**DECLARATION OF MICHAEL G. RHODES IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION FOR ADMINISTRATIVE RELIEF TO APPEAR TELEPHONICALLY FOR CASE MANAGEMENT CONFERENCE**<br><br>Hearing Date:  None Set<br>Time:  None Set<br>Courtroom:  Courtroom 3, 5th Floor<br>Judge:  Hon. Beth L. Freeman<br>Trial Date:  June 6, 2022 |

I, Michael G. Rhodes, hereby declare as follows:

1. I am an attorney admitted to practice law in the State of California and a Partner at Cooley LLP, counsel for Google LLC ("Google"). I have personal knowledge of the facts herein and if called to testify, could and would testify competently hereto.

2. I will be out of the country on August 8, 2019, on a longstanding vacation to Mexico.

3. In light of my vacation, I am unavailable to attend the Case Management Conference scheduled for August 8, 2019 in person, but am available to join by telephone. Google's additional lead counsel, Jeffrey M. Gutkin, is available to appear for the Case Management Conference in person.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF MICHAEL G. RHODES ISO GOOGLE'S
MOT. FOR ADMINISTRATIVE RELIEF
CASE NO. 5:17-CV-07082-BLF

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 24, 2019, at San Francisco, California.

                                          */s/ Michael G. Rhodes*
                                          Michael G. Rhodes

208636021