1   COOLEY LLP
    MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
2   JEFFREY M. GUTKIN (216083) (jgutkin@cooley.com)
    KYLE C. WONG (224021) (kwong@cooley.com)
3   AUDREY J. MOTT-SMITH (300550) (amottsmith@cooley.com)
    101 California Street, 5th Floor
4   San Francisco, CA  94111-5800
    Telephone:   (415) 693-2000
5   Facsimile:   (415) 693-2222

6   Attorneys for Defendant
    GOOGLE LLC

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12  ADTRADER, INC., et al.,              Case No.  5:17-cv-07082 (BLF)

13              Plaintiffs,              **[PROPOSED] ORDER GRANTING GOOGLE
                                         LLC'S MOTION FOR ADMINISTRATIVE
14      v.                               RELIEF TO APPEAR TELEPHONICALLY
                                         FOR CASE MANAGEMENT CONFERENCE**
15  GOOGLE LLC,
                                         Hearing:     None Set
16              Defendant.               Time:        None Set
                                         Courtroom:   Courtroom 3, 5th Floor
17                                       Judge:       Hon. Beth Labson Freeman
                                         Trial Date:  June 6, 2022
18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

**[PROPOSED] ORDER GRANTING GOOGLE LLC'S
MOT. FOR ADMINISTRATIVE RELIEF
CASE NO. 5:17-07082 (BLF)**

1         Having considered the papers filed in connection with Google's Motion for Administrative

2 Relief to Appear Telephonically for Case Management Conference, and all other matters properly

3 considered by this Court, the Court issues the following findings and orders:

4         **IT IS HEREBY ORDERED THAT** Google's Motion for Administrative Relief to Appear

5 Telephonically for Case Management Conference is **GRANTED**.

6

7

8

9 **IT IS SO ORDERED.**

10  Dated:

                                     _____

11                                           THE HONORABLE BETH LABSON FREEMAN
                                            UNITED STATES DISTRICT JUDGE

12

13

208641174

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

[PROPOSED] ORDER GRANTING GOOGLE LLC'S
MOT. FOR ADMINISTRATIVE RELIEF
CASE NO. 5:17-07082 (BLF)