COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
JEFFREY M. GUTKIN (216083) (jgutkin@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
101 California Street
5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADTRADER, INC., CLASSIC AND FOOD EOOD, LML CONSULT LTD., AD CRUNCH LTD., FRESH BREAK, LTD., and SPECIALIZED COLLECTIONS BUREAU, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:17-CV-07082-BLF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION FOR A PROTECTIVE ORDER**<br><br>Courtroom:  3<br>Judge:        Hon. Beth Labson Freeman<br>Trial Date:  June 6, 2022 |

Defendant Google LLC's ("Google") Administrative Motion for a Protective Order is before the Court pursuant to Local Rule 7-11.  Having considered the papers filed in connection with the motion, and all other matters properly considered by this Court, the Court issues the following findings and orders:

IT IS HEREBY ORDERED THAT:

1) The clerk shall remove docket entries nos. 111-4, 111-6, 111-8, 115-3, 115-5, 119-4, 119-6, and 119-8 from the sealed record in this matter.

2) If the Court ultimately finds that Google's partial claim of privilege over the document with the bates number starting with GOOG-ADTR-00016152 is without merit, then Google and Plaintiffs shall within five court days of the Court's decision on the matter, re-file copies under seal

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

[PROPOSED] ORDER GRANTING DEFENDANT'S
ADMIN. MTN. FOR A PROTECTIVE ORDER
CASE NO. 5:17-CV-07082-BLF

of these entries as they currently exist.

3) If the Court ultimately finds that GOOG-ADTR-00016152 is privileged in part, as Google contends, then Google shall re-file copies of docket entries 115-3, 115-5 in the sealed record with the privileged portions redacted. Google shall provide Plaintiffs with copies of docket entries 111-4, 111-6, 111-8, 119-6, and 119-8 with the privileged portions redacted. Plaintiffs shall then, likewise, re-file these entries in the sealed record, with the privileged portions redacted.

[ALTERNATIVE]

1) The clerk shall remove docket entries nos. 111-4, 111-6, 111-8, 115-3, 115-5, 119-4, 119-6, and 119-8 from the sealed record in this matter.

2) Google shall, within five court days of this order, re-file copies of docket entries 115-3, 115-5 in the sealed record with the privileged portions redacted. Google shall provide Plaintiffs with copies of docket entries 111-4, 111-6, 111-8, 119-6, and 119-8 with the privileged portions redacted. Plaintiffs shall then re-file these entries in the sealed record within five court days of this order.

3) If the Court ultimately finds that Google's partial claim of privilege over the document with the bates number starting with GOOG-ADTR-00016152 is without merit, the Clerk shall remove the re-filed versions of 111-4, 111-6, 111-8, 115-3, 115-5, 119-4, 119-6, and 119-8 from the sealed record in this matter. Google and Plaintiffs shall within five court days of the Court's decision denying Google's claim of privilege, re-file copies under seal of the original entries, as they currently exist on the date of this order.

IT IS SO ORDERED.

Dated: _____

THE HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

Cooley LLP
Attorneys At Law
San Francisco

2.

[PROPOSED] ORDER GRANTING DEFENDANT'S
ADMIN. MTN. FOR A PROTECTIVE ORDER
CASE NO. 5:17-CV-07082-BLF