RANDOLPH GAW (S.B. #223718)
rgaw@gawpoe.com
MARK POE (S.B. #223714)
mpoe@gawpoe.com
SAMUEL SONG (S.B. #245007)
ssong@gawpoe.com
VICTOR MENG (S.B. #254102)
vmeng@gawpoe.com
FLORA VIGO (S.B. #239643)
fvigo@gawpoe.com
GAW | POE LLP
4 Embarcadero, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

Attorneys for Plaintiffs AdTrader, Inc., Classic and Food EOOD, LML CONSULT Ltd., Ad Crunch Ltd., Fresh Break Ltd., and Specialized Collections Bureau, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ADTRADER, INC. et al.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 5:17-CV-07082-BLF<br><br>**PLAINTIFFS' RESPONSE TO GOOGLE'S ADMINISTRATIVE MOTION FOR A PROTECTIVE ORDER PURSUANT TO CIVIL LOCAL RULE 7-11** |

Plaintiffs disagree with Google's contention that FRCP 26(b)(5)(B) requires Plaintiffs to accede Google's request to substitute a redacted version of the disputed document in the Court's file. Plaintiffs understand that rule to relate to disclosures by the receiving party to experts, legal services vendors, and the like and not to disclosures to the Court itself through filings. Given Plaintiffs' understanding of this rule and Plaintiffs' contention that Google waived privilege as to this document because (among other reasons) Plaintiffs had either copy and pasted the allegedly privileged email or quoted the entirety of that allegedly privileged email in four different filings made with the court six months ago, without complaint from Google, Plaintiffs oppose substituting the redacted documents for the unredacted documents currently under seal in the Court's files.

Plaintiffs agree with Google, however, that the Court need not resolve this motion until after resolving the parties forthcoming joint discovery letter brief regarding whether Document 16152 is attorney-client privileged. The parties have already tried to informally resolve this dispute in good faith and are currently going through the formal meet and confer process for that letter brief.

Dated: August 8, 2019

GAW | POE LLP

By: _____
Randolph Gaw
Attorneys for Plaintiffs AdTrader, Inc., Classic and Food EOOD, LML CONSULT Ltd., Ad Crunch Ltd., Fresh Break Ltd., and Specialized Collections Bureau, Inc.