# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ADTRADER, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 17-cv-07082-BLF <br><br> **ORDER RESETTING MOTION HEARING FROM NOVEMBER 7, 2019 AT 9:00 AM TO SEPTEMBER 12, 2019 AT 9:00 AM** <br><br> [Re: ECF 164] |

The hearing on Plaintiffs' motion to strike (ECF 164) is RESET from November 7, 2019 at 9:00 a.m. to **September 12, 2019 at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: August 14, 2019

_____
BETH LABSON FREEMAN
United States District Judge