UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADTRADER, INC., et al., <br>     Plaintiffs, <br> v. <br> GOOGLE LLC, <br>     Defendant. | Case No.17-cv-07082-BLF (VKD) <br><br> **INTERIM ORDER RE JOINT DISCOVERY LETTER RE PRIVILEGE DISPUTE** <br><br> Re: Dkt. No. 197 |

The parties have submitted a joint discovery letter brief concerning a privilege dispute over GOOG-ADTR-00016152. Dkt. No. 197. The disputed document has not been lodged with the Court. The Court requests that Google lodge with the Court redacted and unredacted versions of the document in question for this Court's *in camera* review by August 30, 2019.

**IT IS SO ORDERED.**

Dated: August 28, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge