# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER RE MID-DEPOSITION DISPUTE

| **Date:** 7/19/2021 | **Time:** 3:50 p.m. to 4:37 p.m. | **Judge:** Virginia K. DeMarchi |
|---|---|---|
| **Case No.:** 17-cv-07082-BLF | **Case Name:** AdTrader, Inc. v. Google LLC | |

**Attorney for Plaintiff:** Randolph Gaw
**Attorney for Defendant:** Jeffrey Gutkin, Audrey Mott-Smith

**Deputy Clerk:** N/A                **Court Reporter:** N/A

## PROCEEDINGS

Plaintiffs initiated contact with the Court concerning a dispute over the deposition (then in progress) of Google's designated expert, Dr. McShane, and instructions by Google's counsel not to answer certain questions. The parties stated their respective positions. On this record, the Court cannot properly resolve the parties' dispute as to the propriety of plaintiffs' questions or Google's instructions not to answer. Notwithstanding Civil Local Rule 37-3, by **August 13, 2021**, the parties shall submit a joint discovery dispute letter in compliance with this Court's Standing Order for Civil Cases.

Separately, with respect to plaintiffs' pending motion for sanctions (Dkt. No. 311), the July 27, 2021 motion hearing is vacated per the parties' agreement. By **July 23, 2021**, the parties shall advise the Court whether either or both sides request that the hearing be re-set to a new date (and if so, specifying the new proposed date(s)) or whether they agree the matter may be submitted on the papers without oral argument.