UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADTRADER, INC., et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>      Defendant. | Case No. 17-cv-07082-BLF<br><br>**ORDER FOLLOWING NOTICE OF SETTLEMENT** |

The Court has received the parties' notice that they have entered into a binding term sheet following their acceptance of a mediator's proposal made by the Honorable Jeremy Fogel. ECF No. 378. The parties say that they are beginning work on a long-form agreement and request that the Court (1) vacate all pending dates and (2) set a status conference in approximately 60 days regarding the forthcoming motion for preliminary approval of a class action settlement. *Id.*

The parties' request is GRANTED. All pending dates, including the April 7, 2022 hearing on dispositive motions and all pretrial and trial dates, are VACATED. The pending motions for partial summary judgment (ECF Nos. 334, 338) are TERMINATED WITHOUT PREJUDICE to renewal if the settlement is not finalized and approved by this Court. The Court SETS a status conference for **Thursday, April 28, 2022 at 11:00 a.m.** regarding the status of the class action settlement. **No later than Thursday, April 21, 2022**, the parties SHALL file a joint status report, including a proposed schedule for the motion for preliminary approval. If the parties stipulate to a schedule and there are no issues to be resolved, the Court may vacate the status conference.

**IT IS SO ORDERED.**

Dated: March 1, 2022

_____
BETH LABSON FREEMAN
United States District Judge