COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
JEFFREY M. GUTKIN (216083) (jgutkin@cooley.com)
KYLE C. WONG (224021) (kwong@cooley.com)
AUDREY J. MOTT-SMITH (300550) (amottsmith@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, CA  94111-4004
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

Attorneys for Defendant
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADTRADER, INC., CLASSIC AND FOOD EOOD, LML CONSULT LTD., AD CRUNCH LTD., and SPECIALIZED COLLECTIONS BUREAU, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.  5:17-cv-07082 (BLF)<br><br>**JOINT STATUS REPORT AND [PROPOSED] ORDER FOR PRELIMINARY APPROVAL HEARING SCHEDULE IN RESPONSE TO COURT ORDER FOLLOWING NOTICE OF SETTLEMENT** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STATUS REPORT AND [PROPOSED] ORDER IN
RESPONSE TO COURT ORDER RE SETTLEMENT
CASE NO. 5:17-07082-BLF (VKD)

Pursuant to this Court's Order on March 1, 2022 vacating all pending dates and setting a status conference for Thursday, April 28, 2022 regarding Plaintiff Specialized Collections Bureau, Inc.'s ("SCB's") forthcoming motion for preliminary approval of a class action settlement (ECF No. 379) ("Order"), the parties submit the following joint status report and proposed schedule for a hearing on Plaintiff's motion for preliminary approval.

The parties are currently finalizing the terms of the Class Action Settlement Agreement (the "Settlement") that would settle all claims on behalf of the certified AdWords class, and SCB is finalizing its forthcoming motion for preliminary approval of that Settlement. The parties expect they will finalize the Settlement, and SCB will file its motion for preliminary approval, on or about April 28, 2022, the date this Court set to hold a conference regarding the status of the class action settlement. Google does not currently anticipate that it will file a response to Plaintiff's motion for preliminary approval, such that a full briefing schedule in connection with SCB's motion is unnecessary. In light of the above, the parties jointly request that the Court convene a hearing on Plaintiff's motion for preliminary approval of class action settlement on the earliest possible date that is convenient for the Court.

**IT IS SO STIPULATED.**

Dated: April 21, 2022        COOLEY LLP

 */s/ Audrey J. Mott-Smith*
Audrey J. Mott-Smith
Attorneys for Defendant
GOOGLE LLC

Dated: April 21, 2022        GAW | POE LLP

 */s/ Randolph Gaw*
Randolph Gaw
Attorneys for Plaintiffs
AdTrader, Inc. et al.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

JOINT STATUS REPORT AND [PROPOSED] ORDER IN
RESPONSE TO COURT ORDER RE SETTLEMENT
CASE NO. 5:17-07082-BLF (VKD)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                                                    _____
THE HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

JOINT STATUS REPORT AND [PROPOSED] ORDER IN
RESPONSE TO COURT ORDER RE SETTLEMENT
CASE NO. 5:17-07082-BLF (VKD)

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Audrey J. Mott-Smith, attest that concurrence in the filing of this document has been obtained from the other signatory. Executed on April 21, 2022 in San Francisco, California.

*/s/ Audrey J. Mott-Smith*
Audrey J. Mott-Smith

267858319