# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ADTRADER, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No. 17-cv-07082-BLF <br><br> **ORDER FOLLOWING JOINT STATUS REPORT; VACATING STATUS CONFERENCE** |

The parties have filed a joint status report indicating that they are finalizing the terms of a class action settlement agreement. ECF No. 381. The report indicates that Plaintiff anticipates filing a motion for preliminary approval on or about April 28, 2022, and that the parties seek a hearing on the motion at the earliest possible date. *Id.* Google says it does not currently anticipate filing a response to the motion, so setting a briefing schedule is likely unnecessary. *Id.*

In light of the status report, the April 28, 2022 status conference is VACATED. Plaintiff SHALL file **no later than May 5, 2022** either (1) a motion for preliminary approval, or (2) a status report and stipulation requesting an extension of that deadline. Plaintiff SHALL reserve a hearing date for the motion for preliminary approval in compliance with this Court's Standing Order re Civil Cases § III.A.

**IT IS SO ORDERED.**

Dated: April 21, 2022

_____
BETH LABSON FREEMAN
United States District Judge