RANDOLPH GAW (S.B. #223718)
rgaw@gawpoe.com
MARK POE (S.B. #223714)
mpoe@gawpoe.com
VICTOR MENG (S.B. #254102)
vmeng@gawpoe.com
FLORA VIGO
fvigo@gawpoe.com
GAW | POE LLP
4 Embarcadero, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

Class Counsel

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ADTRADER, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC.<br><br>Defendant. | Case No. 5:17-CV-07082-BLF<br><br>[PROPOSED] FINAL JUDGMENT<br><br>Judge: Hon. Beth L. Freeman<br>Courtroom: 3 |

**[PROPOSED] FINAL JUDGMENT**

For the reasons set forth in this Court's Final Approval Order, in the above-captioned

matter as to the following class of persons:

> All persons or entities Google's records indicate had an AdWords Account between December 13, 2013 and April 28, 2022, and: (1) whose Google AdWords advertiser account was subject to the Google Inc. Advertising Program Terms for the United States (the "Terms"); (2) who are not subject to the arbitration clause in the Terms; (3) who were charged by Google through their AdWords account for clicks or impressions on advertisements appearing on any DoubleClick Ad Exchange ("AdX") publisher website at any time between December 13, 2013 and April 28, 2022; and (4) who Plaintiffs alleged in this Action did not receive refunds or credits from Google even though it withheld payment to that publisher for those clicks or impressions in connection with any invalid activity or any breach of contract, including any policy violation,

**JUDGMENT IS HEREBY ENTERED**, pursuant to Federal Rule of Civil Procedure 58,

as to Plaintiff Specialized Collections Bureau, Inc. ("Plaintiff"); the above-specified class; and

Defendant Google LLC (Google) on the terms and conditions of the Class Action Settlement

Agreement (the Settlement Agreement or Settlement) approved by the Court's Final Approval

Order, dated May 13, 2022.

    1.     The Court, for purposes of this Final Judgment, adopts the terms and definitions

set forth in the Settlement Agreement incorporated into the Final Approval Order.

    2.     Upon the Effective Date of the Settlement Agreement, all Released Claims of the

Releasing Named Plaintiff and Releasing Class Members are hereby released as against the

Releasees, as defined in the Settlement Agreement; *provided*, *however*, that those Settlement

Class Members identified on the Exclusion List attached as Exhibit A hereto are excluded from

the Releasing Class Members, having timely opted-out or excluded themselves from the

Settlement, such that they are not deemed to have Released Claims under the Settlement or this

Judgment.

    3.     The claims of Plaintiff and the Settlement Class are dismissed on the merits and

with prejudice in accordance with the Court's Final Approval Order.

    4.     The Parties shall bear their own attorneys' fees, costs, and expenses, except as

otherwise set forth in the Final Approval Order or any separate Order(s) on or related to

Plaintiff's Motion for Service Awards, Attorneys' Fees, and Costs and Expenses.

5.      This document constitutes a final judgment and separate document for purposes of Federal Rule of Civil Procedure 58(a).

6.      The Court finds, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, that this Final Judgment should be entered forthwith. Accordingly, the Clerk is hereby directed to enter this Final Judgment.

**IT IS SO ADJUDGED AND ORDERED.**

**JUDGMENT ENTERED** this day of ___November 1_____, 2022.


_____
HON. BETH LABSON FREEMAN
United States District Judge

# Exhibit A

NAME

SCOTTY ZINIFIRE

ERIN VANORDEN

TONY ESCOBAR

BUY MORE

RANDY KIESEL

GARRETT MOON

WILLIE TINGLER

BEVERLY LYLES, NATURAL RECOVERY, INC.

GODFREY LAMAR FLEMING

FENLEY LAMOTHE

NEW WORLD COMMERCE

LAURIE MARIN GARCIA

MARIA OSHAUGHNESSY

JESSE KRAUSE

ROBERT HERRERA

LOUIS J FALA

DAWN GUINEY

ANSHULA RUDHRARAJU

GERALD WAGNER

ED BEAUVAIS

CHRISTIAN J PERI

LUCINDA K UTESCH

SHAHNAWAZ SURANI

KANWARPREET SINGH

KEVIN WHITNEY

GARY SCHMINKE

BORIS SIEGEL

ARTHUR MEACHAM

DANUTA TOBOLA

AMIN BAGHERI

DOROTHY GIBSON

ROHIT KESHWANI

WHOLESALE OR ALOHA WHOLESALE DEANDREA FORD

NATHAN COOK

JOHN OBERHOLTZER

KELLEY DIEHL

EUGENE NYFFLER

LEIGHTON GARCIA

ELAINE S WATERS

STATELINE IRRIGATION SUPPLY INC BONNIE E RODGERS

ERIKA J CARDENAS

OKORAFOR IKEAGWU

FEN LAMOTHE

CHABELLI HERNANDEZ

KAREN SCOTT

FLOWERS BY ROBIN LLC

RODRIGO ZANCANARO

TIM STAMBAUGH

ANDREW NENORTAS

RODNEY DI MERCURLO

ALLISON DUMITRIU CARCOANA BEE SAFE

MAYO CLINIC